

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NOS.  02-18-00152-CR
### 02-18-00153-CR

MICHAEL RAMIREZ                                                     APPELLANT

V.

THE STATE OF TEXAS                                                       STATE

------------

FROM THE COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY
TRIAL COURT NO. CR-2016-07772-A, CR-2016-08358-A

------------

## ORDER

------------

On the court's own motion, it is ORDERED that the trial court clerk deliver the originals State's Exhibit No. 26 (Officer Holdegraver's Dashcam Video [Disc 1]), State's Exhibit No. 27 (Officer Holdegraver's Dashcam Video [Disc 2]), and State's Exhibit No. 28 (Officer Holdegraver's Dashcam Video [Disc 3]), no later than **Thursday, May 10, 2018.**

These exhibits will be returned to the trial court clerk upon issuance of the mandate.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED May 3, 2018.

PER CURIAM